[Civ. No. 7285.  First Appellate District, Division One.—September 6, 1930.]

RALPH E. FISHMAN, Respondent, v. TONY SILVA et al., Appellants.

LEONE· ETTLING, Respondent, v. TONY SILVA et al., Appellants.

Kirkbride, Wilson & Brooks and O'Connor, Fitzgerald & Moran for Appellants.

Jessie H. Miller for Respondents.

TYLER, P. J.—■■■■  Motion by respondents to dismiss appeals taken from the judgments entered in said actions in so far as said appeals relate to the defendant and appellant Jules Harris upon the ground that said defendant has not served or filed his points and authorities within the time limited by the rules of this court.

Since the filing of the motion the brief has been filed. The motion is denied.

Knight, J., and Cashin, J., concurred.